**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS BUCKLEY

                   Plaintiff,                      21 **CIVIL** 8853 (KMK)(JCM)

    -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-----------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 6, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:** New York, New York
       October 6, 2022


                                    **RUBY J. KRAJICK**

                                 _____

                                    **Clerk of Court**

**BY:**        K. Mango

                                    _____

                                    **Deputy Clerk**